RICHARD W. NAGEL
CLERK OF COURT

2017 NOV -3  PM 2: 43

U.S. DIST COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

AO 241
(Rev. 01/15)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Southern |
|---|---|

| Name (under which you were convicted):<br><br>Bryan Bates | Docket or Case No.:<br><br>1:17CV743 |
|---|---|

| Place of Confinement :<br><br>Chillicothe Correctional Inst. | Prisoner No.:<br><br>577-218 |
|---|---|

J. BARRETT
M.J. LITKOVITZ

| Petitioner (include the name under which you were convicted)<br><br>Bryan Bates | v. | Respondent (authorized person having custody of petitioner)<br><br>Charlotte Jenkins, Warden |
|---|---|---|

| The Attorney General of the State of: Mike DeWine |
|---|

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Guernsey County Common Pleas 801 Wheeling Ave
    Cambridge, Ohio 43725

    (b) Criminal docket or case number (if you know):  2007 CR 000117

2.  (a) Date of the judgment of conviction (if you know):  3/27/2008

    (b) Date of sentencing:  4/17/2008

3.  Length of sentence:  13 years

4.  In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:  O.R.C 2907.323(A)(3)

    ORC 2907.322(A)(1)

6.  (a) What was your plea? (Check one)

    ☒ (1)  Not guilty       ☐ (3)  Nolo contendere (no contest)

    ☐ (2)  Guilty           ☐ (4)  Insanity plea

AO 241
(Rev. 01/15)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did
you plead guilty to and what did you plead not guilty to?   N/A       N/A

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

     x☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

     ☐ Yes    ☒ No

8.    Did you appeal from the judgment of conviction?

     ☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:   Guernsey County Court of Appeals Fifth Appellate Dist.

(b) Docket or case number (if you know):   08 CA 15

(c) Result:   Affirmed

(d) Date of result (if you know):   1/22/2009

(e) Citation to the case (if you know):   2009-Ohio-275

(f) Grounds raised:   Search Warrant, Crim R. 702. Insufficient

evidence, ineffective assist. of counsel, Brady Violation

Hearsay, Jury instructions, Prosecutorial Misconduct, Chain

of Custody, Double Jeopardy, Sentence Contary to Law.

_____

_____

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

    If yes, answer the following:

    (1) Name of court:   Ohio Supreme Court

    (2) Docket or case number (if you know):   2009-0450

    (3) Result:   leave to appeal denied

    (4) Date of result (if you know):   6/17/2009

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☐ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: __zuernse℣ County Court of Common Pleas__

(2) Docket or case number (if you know): __07 CR 117__

(3) Date of filing (if you know): __2/29/2012__

(4) Nature of the proceeding: __Post Conviction Petition__

(5) Grounds raised: __Ineffective assistance of counsel, perjuried__ __testimony, Prosecutorial misconduct__

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: __Denied as untimely__

(8) Date of result (if you know): __3/14/2012__

AO 241
(Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:    Guernsey County Court of Common Pleas

(2) Docket or case number (if you know):  07 CR 117

(3) Date of filing (if you know):   4/26/2011

(4) Nature of the proceeding:    Motion to Correct Sentence

(5) Grounds raised:         Judgment of Sentence Stated I was convicted

and sentenced in accordance to a negotiated plea

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  x☒ No

(7) Result:  trail court corrected error and Post release control

(8) Date of result (if you know):   8/26/11

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:   Guernsey County Court of Common Pleas

(2) Docket or case number (if you know):    07 CrR 117

(3) Date of filing (if you know):   8/8/11

(4) Nature of the proceeding:     collateral motion

(5) Grounds raised:   double jeporday

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

                XX Yes               □ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)    (1) Name of court: <u>Guernsey County Court of Common Pleas</u>
        (2) Docket or case number (if you know): <u>07 CR 117</u>
        (3) Date of filing (if you know): <u>4/13/12</u>
        (4) Nature of the proceeding: <u>Collateral</u>
        (5) Grounds raised: <u>Vacate and Correct Sentence</u>
        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?       xx   Yes       □ No

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

                XX Yes               □ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)    (1) Name of court: <u>Guernsey County Court of Common Pleas</u>
        (2) Docket or case number (if you know): <u>07 CR 117</u>
        (3) Date of filing (if you know): <u>May 12, 2016</u>
        (4) Nature of the proceeding: <u>Correct judgment entry of sentence</u>
        (5) Grounds raised: <u>Trail Court failed to vacate Ohio's version of R.C. 2950 also known</u> <u>as Adam Walsh Act that was found to be unconstitutional when applied retroactively to</u> <u>the Petitioner's sentence requiring the Petitioner to register under two different</u> <u>registrations.</u>
        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?       □   Yes       XX No

    (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

| | | | |
|---|---|---|---|
| (1) first Petition | No | Fourth Petition | Yes |
| (2) Second Petition | Yes | Fifth Petition | Yes |
| (3) Third Petition | Yes | | |

    (d) If you did not appeal to the highest state court having jurisdiction explain why you did not:

<u>The issue was raised in the Ohio Supreme Court Case No. 2012-0642</u>

13 All grounds for relief that I have raised in this petition have been presented to the highest State court having jurisdiction.

14 I have filed a previous federal petition. <u>Case No. 2015 U.S. Dist. LEXIS 120591</u>

15 I have no pending appeals or petitions in federal court.

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing:  <u>Mark Kaido, 320 Main St. Zanesville, Ohio 43701</u>

   (b) At arraignment hearing: <u>Mark Kaido, 320 Main St. Zanesville, Ohio 43701</u>

   (c) At Trial: <u>Shawn Dominy, 3837 Attucks Drive, Powell, Ohio 43065</u>

   (d) At sentencing: <u>Shawn Dominy, 3837 Attucks Drive, Powell, Ohio 43065</u>

   (e) On appeal: <u>Jeffrey Reynard 35, East Livingston Ave, Columbus, Ohio</u>

17 Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  No

18 Timeliness of Petition

   <u>Petitioner has a very complex case, involving five different judgment entries of sentence.</u> <u>Petitioner was sentenced April 18, 2008, but the entry stated in error" Based upon the foregoing and in</u> <u>accordance with the terms of the negotiated plea, the court made the following order" Petitioner had a</u> <u>jury trial. Upon motion to correct the judgment entry of sentence the trial court issued an amended</u> <u>entry on May 23,, 2011.</u>
   <u>Upon motion of the Petitioner, requesting a judgment of conviction to be contained in a single</u> <u>document the trial court issued a judgment entry of sentence contained in a single document pursuant</u> <u>to Civil Rule 60 A</u>
<u>The Petitioner filed a motion to correct the Sex offender registration, due to the Ohio Supreme Court</u> <u>holding the 2008 version of ORC 2950 (AWA) was punitive and could not be applied to the Petitioner.</u> <u>The trial court held a hearing and found the Petitioner a Sexually Oriented Offender under the pre 2008</u> <u>version of ORC 2950 (Megan's Law), The trial Court issued a judgment entry March 1, 2013</u>
   <u>Petitioner was now required to register under two sex offender registrations, the pre 2008 and</u> <u>the post 2008 versions of ORC 2950. Upon motion of the Petitioner the trial court outside the presence</u> <u>of the Petitioner, vacated the 2008 version of ORC 2950 and issued an amended entry on May 12, 2016.</u> <u>The May 12, 2016 intervening entry corrects the August 26, 2011 entry that corrects the original April</u> <u>18, 2008 judgment entry of sentence. Petitioner brings this Writ of Habeas Corpus in respect to the May</u> <u>12, 2016 judgment as this is a new sentence pursuant to the Sixth Circuit Court of Appeals holdings in</u> <u>**Crangle v. Kelly, 838 F.3d 673** and **In re Stansell, 828 F.3d 412**</u>
<u>(Copies of all five judgment entries are attached to this petition).</u>